IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. DNCW3:05CR376-05 |
| ) | (Financial Litigation Unit) |
| ZEYAD DIRI, ) | |
| ) | |
| and ) | |
| ) | |
| PROVIDENCE COUNTRY CLUB, ) | |
| Garnishee. ) | |

ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Providence Country Club as Garnishee. On August 30, 2007, the Honorable Robert J. Conrad, Jr. sentenced Defendant to thirty months incarceration for his conviction of Aiding and Abetting Others to Knowingly and Maliciously Damage and Destroy Commerce in violation of 18 U.S.C. §§ 844(i) and 2. Judgment in the criminal case was filed on September 10, 2007 (Docket No.160). As part of that Judgment, Defendant was ordered to pay an assessment of $100 and restitution of $429,491.40 to the victims of the crime. Id.

On March 22, 2012, the Court entered a Writ of Continuing Garnishment ("Writ")(Docket No. 179) to Garnishee, Providence Country Club ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty-five per cent of net income and has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Garnishee was served with the Writ on March 24, 2012. Defendant was served with the Writ on April 11, 2012. Garnishee filed an Answer on April 2, 2012 (Docket No. 183) stating that at the time of the service of the Writ, Garnishee had in their custody, control or possession property or funds owned by Defendant, including non-exempt disposable earnings.

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $418,530.86 computed through March 22, 2012. Garnishee will pay the United States fifteen per cent of Defendant's net earnings which remain after all deductions required by law have been withheld, and one hundred per cent of all 1099 payments, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full, or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:05CR376-05.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: April 24, 2012

David S. Cayer
United States Magistrate Judge